UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN KUUTILA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VERIPRO SOLUTIONS, INC., a Delaware corporation license to conduct business in Washington pursuant to UBI No. 603049134,<br><br>　　　　　Defendant. | NO: 2:14-CV-353-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Stipulated Motion to Dismiss Following Settlement, ECF No. 12. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulated Motion to Dismiss, **ECF No. 12**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 10th day of June 2015.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2